# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138934

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CAMERON L. FITTS,
        Defendant-Appellant.

SC: 138934
COA: 289364
Wayne CC: 95-011336

_____/

On order of the Court, the application for leave to appeal the May 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

d1116